DREWS ET AL. *v.* MARYLAND.

No. 3.   Decided June 22, 1964.

*Robert B. Watts, Francis D. Murnaghan, Jr.* and *Jack Greenberg* for appellants.

*Thomas B. Finan,* Attorney General of Maryland, and *Joseph S. Kaufman,* Deputy Attorney General, for appellee.

PER CURIAM.

The judgment is vacated and the case is remanded to the Court of Appeals of Maryland for consideration in light of *Griffin* v. *Maryland, ante,* p. 130, and *Bell* v. *Maryland, ante,* p. 226.

MR. JUSTICE DOUGLAS would reverse outright on the basis of the views expressed in his opinion in *Bell* v. *Maryland, ante,* p. 242.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent.